# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEWBURY COMMON ASSOCIATES, LLC, et al., | Case No. 15 - 12507 (LSS) |
| Debtors.[1] | Jointly Administered |
| In re: | Chapter 11 |
| NEWBURY COMMON MEMBER ASSOCIATES, LLC, | Case No. 16 - 10320 (LSS) |
| Debtor. | Joint Administration Requested |
| In re: | Chapter 11 |
| CENTURY PLAZA INVESTOR, ASSOCIATES, LLC, | Case No. 16 - 10321 (LSS) |
| Debtor. | Joint Administration Requested |
| In re: | Chapter 11 |
| SEABOARD HOTEL ASSOCIATES, LLC, | Case No. 16 - 10322 (LSS) |
| Debtor. | Joint Administration Requested |

---

[1] The Debtors in the chapter 11 cases jointly administered under Case No. 15-12507 (LSS), along with the last four digits of each Debtor's tax identification number, are: Newbury Common Associates, LLC (3783); Seaboard Realty, LLC (6291); 600 Summer Street Stamford Associates, LLC (6739); Seaboard Hotel Member Associates, LLC (8984); Seaboard Hotel LTS Member Associates, LLC (6005); Park Square West Member Associates, LLC (9223); Seaboard Residential, LLC (2990); One Atlantic Member Associates, LLC (4120); 88 Hamilton Avenue Member Associates, LLC (5539); 316 Courtland Avenue Associates, LLC (0290); 300 Main Management, Inc. (6365); 300 Main Street Member Associates, LLC (2334); PSWMA I, LLC (6291); PSWMA II, LLC (6291); and Tag Forest, LLC (8974). The Debtors' corporate headquarters is located at, and the mailing address for each Debtor is, 1 Atlantic Street, Stamford, CT 06901.

01:18243429.1

21989506

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SEABOARD HOTEL LTS ASSOCIATES, LLC, | ) ) ) | Case No. 16 - 10323 (LSS) |
| | ) | Joint Administration Requested |
| Debtor. | ) ) | |
| | ) | |
| In re: | ) ) | Chapter 11 |
| PARK SQUARE WEST ASSOCIATES, LLC, | ) ) ) | Case No. 16 - 10324 (LSS) |
| | ) | Joint Administration Requested |
| Debtor. | ) ) | |
| | ) | |
| In re: | ) ) | Chapter 11 |
| CLOCKTOWER CLOSE ASSOCIATES, LLC, | ) ) ) | Case No. 16 - 10325 (LSS) |
| | ) | Joint Administration Requested |
| Debtor. | ) ) | |
| | ) | |
| In re: | ) ) | Chapter 11 |
| ONE ATLANTIC INVESTOR, ASSOCIATES, LLC, | ) ) ) | Case No. 16 - 10326 (LSS) |
| | ) | Joint Administration Requested |
| Debtor. | ) ) | |
| | ) | |
| In re: | ) ) | Chapter 11 |
| 88 HAMILTON AVENUE ASSOCIATES, LLC, | ) ) ) | Case No. 16 - 10330 (LSS) |
| | ) | Joint Administration Requested |
| Debtor. | ) ) | |

01:18243429.1

| | |
|---|---|
| In re:<br><br>220 ELM STREET I, LLC,<br><br>                   Debtor. | Chapter 11<br><br>Case No. 16 - 10327 (LSS)<br><br>Joint Administration Requested |
| In re:<br><br>300 MAIN STREET ASSOCIATES, LLC,<br><br>                   Debtor. | Chapter 11<br><br>Case No. 16 - 10328 (LSS)<br><br>Joint Administration Requested<br><br>**Re: Docket No. 169** |

## SUPPLEMENTAL ORDER DIRECTING JOINT ADMINISTRATION AND APPLICATION OF PREVIOUSLY ENTERED ORDERS

Upon consideration of the supplemental motion (the "**Motion**")[2] of the Debtors, for an order directing joint administration of the Additional Debtors' chapter 11 cases with the Original Debtors' chapter 11 cases and the application of previously entered orders of the Original Debtors' chapter 11 cases to the Additional Debtors' chapter 11 cases, except for the Schedules Order; and jurisdiction existing for this Court to consider the Motion; and this Court having found that good and sufficient cause exists for granting the Motion; and upon consideration of the First Day Declaration and the Supplemental First Day Declaration, and the files and records in these cases; and upon the arguments and statements in support of the Motion presented at the hearing before this Court; and it appearing that joint administration of the Additional Debtors' chapter 11 cases with the Original Debtors' chapter 11 cases will be in the best interests of the Debtors' estates, creditors, and other parties-in-interest and will further the economic and efficient administration of these cases; and it further appearing that notice of the

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

01:18243429.1

3

Motion was adequate and proper under the circumstances of these cases and that no further notice of the Motion need be given; it is hereby

ORDERED that the Motion is granted as set forth herein; and it is further

ORDERED that for the reasons set forth in the Motion, the chapter 11 cases of the Additional Debtors, shall be jointly administered with the Original Debtors' jointly-administered cases for procedural purposes only by this Court and shall not be a substantive consolidation of the respective cases; and it is further

ORDERED that the orders previously entered in the Original Debtors' jointly-administered chapter 11 cases filed at Docket Nos. 132 and 133 apply with respect to Additional Debtors' chapter 11 cases, provided, however, that the Schedules Order filed at Docket No. 20 shall not apply with respect to the Additional Debtors; and it is further

ORDERED that all orders related to the retention of Dechert LLP, Young Conaway Stargatt & Taylor, LLP, Anchin Block & Anchin LLP and Beilinson Advisory Group apply with respect to the Additional Debtors' chapter 11 cases; and it is further

ORDERED that the caption of the jointly administered chapter 11 cases shall be as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| NEWBURY COMMON ASSOCIATES, LLC, et al., | Case No. 15 - 12507 (LSS) |
| Debtors.[1] | Jointly Administered |

FN1:  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Newbury Common Associates, LLC (3783); Seaboard Realty, LLC (6291); 600 Summer

01:18243429.1

4

Street Stamford Associates, LLC (6739); Seaboard Hotel Member Associates, LLC (8984); Seaboard Hotel LTS Member Associates, LLC (6005); Park Square West Member Associates, LLC (9223); Seaboard Residential, LLC (2990); One Atlantic Member Associates, LLC (4120); 88 Hamilton Avenue Member Associates, LLC (5539); 316 Courtland Avenue Associates, LLC (0290); 300 Main Management, Inc. (6365); 300 Main Street Member Associates, LLC (2334); PSWMA I, LLC (6291); PSWMA II, LLC (6291); Tag Forest, LLC (8974); Newbury Common Member Associates, LLC (3909); Century Plaza Investor Associates, LLC (1480); Seaboard Hotel Associates, LLC (2281); Seaboard Hotel LTS Associates, LLC (8811); Park Square West Associates, LLC (9781); Clocktower Close Associates, LLC (3154); One Atlantic Investor Associates, LLC (7075); 88 Hamilton Avenue Associates, LLC (5749); 220 Elm Street I, LLC (7540); and 300 Main Street Associates, LLC (8501). The Debtors' corporate headquarters is located at, and the mailing address for each Debtor is, 1 Atlantic Street, Stamford, CT 06901.

and it is further

ORDERED that a docket entry shall be made in each of the above-captioned cases substantially as follows:

> An order has been entered in this case directing joint administration of this case with the chapter 11 bankruptcy case of Newbury Common Associates, LLC, Case No. 15 - 12507 (LSS). The docket for Newbury Common Associates, LLC, should be consulted for all matters affecting this case. All further pleadings or other papers shall be filed in the case of Newbury Common Associates, LLC, Case No. 15 - 12507 (LSS).

and it is further

ORDERED that nothing contained in this Order shall be deemed or construed as directing or otherwise effecting substantive consolidation of the above-captioned cases; and it is further

ORDERED that this Court shall retain jurisdiction over all matters arising from or related to the interpretation and implementation of this Order.

Dated: February 5, 2016
Wilmington, Delaware

*/s/ Laurie Selber Silverstein*
The Honorable Laurie Selber Silverstein
United States Bankruptcy Judge

01:18243429.1